IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    RAUL MENDOZA-LOPEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Count [Docket No. 826]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count [Docket No. 826] is granted. Count 37 of the Indictment dismissed as to defendant Raul Mendoza-Lopez.

DATED July 31, 2014.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge